**Dismissed and Memorandum Opinion filed June 27, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00006-CV

_____

## FERMIN FRANCO, INDIVIDUALLY AND A/N/F OF KAMILA FRANCO AND DIEGO FRANCO, Appellant

### V.

## SONIA MORALES, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2016-24798**

---

## M E M O R A N D U M   O P I N I O N

This court struck appellant's brief, informing him that the brief failed to comply with multiple provisions of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1(g) (statement of facts supported by record references), (h) (summary of argument with succinct, clear, and accurate statement of the arguments), (i) (argument with clear and concise argument for contentions made with appropriate citations to authorities and the record), (j) (prayer with short

conclusion that clearly states the nature of relief sought); *see also* Tex. R. App. P. 38.9. This court ordered appellant to file a brief complying with Rule 38.1.

This court informed appellant that if he filed another noncompliant brief, the appeal could be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 38.9(a); *Harkins v. Dever Nursing Home*, 999 S.W.2d 571, 572–73 (Tex. App.—Houston [14th Dist.] 1999, no pet.) (reasoning that the court could dismiss the appeal or affirm the trial court's judgment without examining the record pursuant to Rule 38.8 since the appellant's amended brief did not contain citation to the record; choosing to affirm without examining the record); *see also, e.g.*, *Fredonia State Bank v. Gen. Am. Life Ins. Co.*, 881 S.W.2d 279, 284 (Tex. 1994) (reaffirming that "error may be waived by inadequate briefing"); *Rendleman v. Clarke*, 909 S.W.2d 56, 59 (Tex. App.—Houston [14th Dist.] 1995, writ dism'd) (error waived when appellant had ample notice of briefing defects and opportunity to rebrief).

Appellant filed another brief that does not contain any record references in the statement of facts or a clear and concise argument for the contentions made with appropriate citations to authorities and to the record.

Because appellant has not filed a brief in compliance with Rule 38.1, we proceed as if appellant has failed to file a brief. *See* Tex. R. App. 38.9. *Harkins*, 999 S.W.2d at 572–73. We dismiss the appeal for want of prosecution. *See* Tex. R. App. 38.8(a)(1); *Harkins*, 999 S.W.2d at 573.


/s/     Ken Wise
Justice

Panel consists of Justices Wise, Jewell, and Hassan.